MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> ARMANDO ANTONIO MONROY and <br> JORGE PERAZA-RIVAS, <br>     Defendants. | No. CR 12-0010-EMC <br><br> [PROP~~O~~SED] ORDER EXCLUDING TIME FROM JULY 18, 2012 TO SEPTEMBER 12, 2012 |

The defendants, Armando Antonio MONROY and Jorge Peraza-Rivas, represented by Federal Public Defender Steven Kalar and attorney Alan Dressler, respectively, and the government, represented by S. Waqar Hasib, Assistant United States Attorney, appeared before the Court on July 18, 2012, for a status hearing. The parties represented that discovery was ongoing. The parties jointly requested a continuance of the matter.

The matter was continued to September 12, 2012, at 2:30 p.m. to set further proceedings. The parties jointly requested that time be excluded under the Speedy Trial Act between July 17, 2012, and September 12, 2012, because discovery was still ongoing, and that the parties needed the remaining period of time to review the discovery and to conduct necessary investigation.

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time between July 18, 2012, and September 12, 2012, would unreasonably
3  deny the defendants continuity of counsel and would deny counsel the reasonable time necessary
4  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
5  3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time
6  between July 18, 2012, and September 12, 2012, from computation under the Speedy Trial Act
7  outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS
8  HEREBY ORDERED that the time between July 18, 2012, and September 12, 2012, shall be
9  excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 7/24/12 _____



HON. EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen