ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.:    (415) 421-7980
Fax:    (415) 421-7021
E-mail :   alandressler@aol.com

Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS,<br><br>　　　Defendants. | No. CR 12-00010 EMC<br><br>STIPULATION AND [PR~~OPOS~~ED] ORDER RE PRESERVATION OF EVIDENCE SEIZED PURSUANT TO SEARCH WARRANT |

**STIPULATION**

The United States of America and defendants Jorge Peraza-Rivas and Armando Antonio Monroy, by and through their respective counsel, hereby stipulate and ask the court to find as follows:

1. On January 25, 2012 the United States of America executed a search warrant at the premises known as 232 Peabody St., San Francisco, California 94134. Pursuant to that warrant government agents created a mirror image of the hard drive of a computer located therein. (120G hard drive in an Emachine Desktop computer with the Serial Number XRC6880010009).

2. Defendant Monroy was the owner of the hard drive in the Emachine Desktop computer with the Serial Number XRC6880010009 at the time the warrant was executed.

///

3. On January 18, 2013 the United States of America provided counsel for defendants Peraza-Rivas and Monroy with the "Application for the Search Warrant", the "Search and Seizure Warrant", and the "Inventory Listing of All Items Seized at Search Warrant Site" pertaining to the search of 232 Peabody St., San Francisco, California 94134 .

4. The cover letter accompanying the new discovery was sent to counsel for defendants Monroy and Peraza-Rivas and advised counsel for defendant Monroy as follows: . . . "In addition, there was an image of a computer seized during execution of the search warrant, as reflected on the inventory of items seized. Please let me know if you would like the data on that image to be returned to Mr. Monroy, deleted, or destroyed pursuant to Attachment C to the search warrant."

5. Counsel for Monroy advised the United States of America that they could destroy the "image".

6. Counsel for Peraza-Rivas has advised counsel for the United States of America and counsel for defendant Monroy that he would like a copy of the "image" in the United States of America's possession so he can determine if it contains information which could potentially exculpate defendant Peraza-Rivas.

7. Counsel for defendant Monroy has objected to defendant Peraza-Rivas receiving a copy of the image from either the United States or defendant Monroy.

8. Counsel for defendant Peraza-Rivas will be filing a motion on February 6, 2012 asking the court to order the United States of America to provide a copy of the image so it can be examined for the presence of information which could potentially exculpate defendant Peraza-Rivas.

9. Based on all of the foregoing the parties stipulate and request that the court issue an order directing that United States of America preserve the data on the mirror image in their possession

///

///

///

Stipulation and Order
CR 12-00010 EMC         - 2 -

| | |
|---|---|
| 1 | and not destroy or otherwise dispose of that mirror image until this court has had an opportunity |
| 2 | to determine the merits of the motion to be filed by defendant Peraza-Rivas. |

Dated: January 31, 2013　　　　　　　　Respectfully submitted,

MELINDA HAAG
United States Attorney

　　　　　　/s/
Alexa Summer
Assistant United States Attorney


　　　　　　/s/
Alan A. Dressler Esq.
Attorney for Defendant
Jorge Peraza-Rivas


　　　　　　/s/
Steven Gruel, Esq.
Attorney for Defendant
Armando Antonio Monroy

Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00010 EMC |
| Plaintiff, | |
| v. | [~~PROPOS~~ED] ORDER DIRECTING UNITED STATES OF AMERICA TO PRESERVE EVIDENCE SEIZED PURSUANT TO A SEARCH WARRANT |
| ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS, | |
| Defendants. | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the United States of America and defendants Jorge Peraza-Rivas and ARMANDO Antonio Monroy, IT IS HEREBY ORDERED that the United States of America preserve until further notice from the court, the mirror "image" and data contained therein of the hard drive of the Emachine Desktop computer Serial Number XRC6880010009), which was made during the execution of search warrant 3-12-70042 JSC on January 25, 2012 at 232 Peabody Street, San Francisco, California 94134.

**IT IS SO ORDERED.**

Dated: February 5, 2013

_____
M. CHEN
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

Stipulation and Order
CR 12-00010 EMC