ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.:     (415) 421-7980
Fax:     (415) 421-7021
E-mail : alandressler@aol.com

Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS,<br><br>    Defendants. | No. CR 12-00010 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS FILING DATE AND HEARING ON MOTIONS AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |

**STIPULATION**

The United States of America and defendants Jorge Peraza -Rivas and Armando Antonio Monroy , by and through their respective counsel, hereby stipulate and ask the court to find as follows:

1. That the parties are currently scheduled for a motions hearing date on March 13, 2013 at 2:00 p.m.  Defendants motions are due to be filed on February 6, 2013.

2. Due to a family emergency counsel for defendant Peraza - Rivas will not be able to timely file motions on behalf of his client, including a motion to access a mirror image of a computer owned by defendant Monroy which was seized pursuant to search warrant.  Because the defendants have discussed filing motions jointly to preserve CJA funds the parties agree that judicial economy will be furthered by continuing the motions dates for all parties.

3. Based on all of the foregoing the parties request that the court vacate the current motion hearing date and set a new motions hearing date of April 10, 2013 at 2:00 p.m. with defense motions due on March 6, 2013, government responses due on March 20, 2013 and any replies due on March 27, 2013.

4. The parties further stipulate and agree that the time from the date of this Court's order to April 10, 2013 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (b)(iv) for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence.

Dated: February    , 2013                    Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney


                                         /s/
                                            Alexa Summer
                                            Assistant United States Attorney


                                         /s/
                                            Alan A. Dressler Esq.
                                            Attorney for Defendant
                                            Jorge Peraza-Rivas

                                         /s/
                                            Steven Gruel, Esq.
                                            Attorney for Defendant
                                            Armando Antonio Monroy

Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00010 EMC |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER CONTINUING MOTIONS FILING DATE AND HEARING ON MOTIONS AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |
| ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendants Armando Antonio Monroy and Jorge Peraza-Rivas, IT IS HEREBY ORDERED that the motion hearing date currently scheduled for March 13, 2013 is vacated.

IT IS FURTHER ORDERED that a new motion hearing date is set for April 10, 2013 at ~~2:00~~ 2:30 p.m. with defense motions due on March 6, 2013, government responses due on March 20, 2013 and any replies due on March 27, 2013.

IT IS FURTHER ORDERED that the time from the date of this Order through April 10, 2013 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy and public trial and the

Stipulation and Order
CR 12-00010 EMC — - 3 -

failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation and continuity of counsel, taking into account due diligence.

**IT IS SO ORDERED.**

Dated: 2/6/13



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

_____
EDWARD M. CHEN
DISTRICT JUDGE