ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.: (415) 421-7980
Fax: (415) 421-7021
E-mail : alandressler@aol.com

Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARMANDO ANTONIO MONROY<br>and JORGE PERAZA-RIVAS,<br><br>    Defendants. | No. CR 12-00010 EMC (MEJ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE STAY OF ORDER DENYING DISCOVERY AND *BRADY* MOTION PENDING FED .RULE CRIM. PRO., R 59 APPEAL |

## STIPULATION

The United States of America and defendants Jorge Peraza -Rivas and Armando Antonio Monroy , by and through their respective counsel, hereby stipulate and ask the Court to stay its order of May 16, 2013 (Docket No. 61) denying defendant Peraza-Rivas' Motion to Examine and Copy Evidence In The Possession of the Government Pursuant to Fed. R. Crim. Pro, Rule 16 and *Brady v. Maryland* (Docket No. 51) pending the resolution of defendant Peraza-Rivas' appeal

///

///

///

///

///

Stipulation and Order
CR 12-00010 EMC        - 1 -

pursuant to Fed. Rule Crim. Pro., R 59.

Dated: May 20, 2013                    Respectfully submitted,

                                       MELINDA HAAG
                                       United States Attorney

                                              /s/
                                       Alexa Summer
                                       Assistant United States Attorney


                                              /s/
                                       Alan A. Dressler Esq.
                                       Attorney for Defendant
                                       Jorge Peraza-Rivas


                                              /s/
                                       Steven Gruel, Esq.
                                       Attorney for Defendant
                                       Armando Antonio Monroy

Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel. (415) 421-7980
Fax (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00010 EMC |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER STAYING ORDER DENYING DISCOVERY AND *BRADY* MOTION PENDING FED .RULE CRIM. PRO., R 59 APPEAL |
| ARMANDO ANTONIO MONROY and JORGE PERAZA-RIVAS, | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the United States of America and defendants Jorge Peraza-Rivas and ARMANDO Antonio Monroy, IT IS HEREBY ORDERED the Court's order of May 16, 2013 (Docket No. 61) denying defendant Peraza-Rivas' Motion to Examine and Copy Evidence in The Possession of the Government Pursuant to Fed. R. Crim. Pro, Rule 16 and *Brady v. Maryland* (Docket No. 51) is stayed pending the resolution of defendant Peraza-Rivas' appeal pursuant to Fed .Rule Crim. Pro., R 59.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order
CR 12-00010 EMC                    - 3 -