ALAN A. DRESSLER, ESQ. (SBN #56916)
400 Montgomery St., Suite 200
San Francisco, California 94104
Tel.:    (415) 421-7980
Fax:    (415) 421-7021
E-mail :  alandressler@aol.com


Attorney for Defendant Jorge Peraza-Rivas

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                  )<br>        Plaintiff,                          )<br>                                                  )<br>    v.                                            )<br>                                                  )<br>ARMANDO ANTONIO MONROY    )<br>and JORGE PERAZA-RIVAS,         )<br>                                                  )<br>        Defendants.                         )<br>_____ ) | No. CR 12-00010 EMC (MEJ)<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE BRIEFING SCHEDULE<br>AND HEARING DATE RE<br>DEFENDANT PERAZA-RIVAS' FED<br>RULE CRIM. PRO., R 59 APPEAL |

**STIPULATION**

   The United States of America and defendants Jorge Peraza -Rivas and Armando Antonio
Monroy , by and through their respective counsel, hereby stipulate and ask the Court to set the
following briefing and hearing schedule regarding defendant Peraza-Rivas' Appeal from
Magistrate James denial of his Discovery and *Brady* motion. The government and defendant
Monroy shall file their responses by June 20, 2013 and defendant Peraza-Rivas shall file his reply
and any additional briefing by June 26, 2013. The hearing on the appeal shall be set for June 3, [July 3,]
2013 at 3:00 PM in Courtroom 5, 17th Floor, San Francisco before Hon. Edward M. Chen.


Dated: June 5, 2013                                     Respectfully submitted,

1

MELINDA HAAG
United States Attorney

2

3

_____/s/_____
Alexa Summer
Assistant United States Attorney

4

5

_____/s/_____
Alan A. Dressler Esq.
Attorney for Defendant
Jorge Peraza-Rivas

6

7

8

_____/s/_____
Steven Gruel, Esq.
Attorney for Defendant
Armando Antonio Monroy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alan A. Dressler, Esq. (SBN 56916)
400 Montgomery St., Ste 200
San Francisco, CA 94104
Tel.   (415) 421-7980
Fax   (415) 421-7021
E-Mail: alandressler@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00010 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER RE BRIEFING |
| | ) | SCHEDULE AND HEARING DATE RE |
| ARMANDO ANTONIO MONROY | ) | DEFENDANT PERAZA-RIVAS' FED |
| and JORGE PERAZA-RIVAS, | ) | RULE CRIM. PRO., R 59 APPEAL |
| | ) | |
| Defendants. | ) | |
| | ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the United States of

America and defendants Jorge Peraza-Rivas and ARMANDO Antonio Monroy, IT IS HEREBY

ORDERED that the government and defendant Monroy shall file their responses by June 20,

2013. Defendant Peraza-Rivas shall file his reply and any additional briefing by June 26, 2013.

The hearing on the appeal is set for ~~June 3, 2013~~ at 3:00 PM in Courtroom 5, 17th Floor, San
                                          July 3, 2013
Francisco.


**IT IS SO ORDERED.**


Dated:     6/5/13

IT IS SO ORDERED
AS MODIFIED

_Judge Edward M. Chen_

HONO_____
UNITED_____